IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:19-cr-31-DPM

GILBERT R. BAKER                                                       DEFENDANT

### ORDER

One of the lawyers involved in the on-going trial of this case has tested positive for COVID-19.  The Court directs that all trial participants get a PCR test for the virus, and report their results in confidence to the Court, so that the Court can decide whether to proceed with the trial next week.  Each person must take these steps as soon as practicable.  This testing will benefit the bench and bar and promote the safe administration of justice in these virus-challenged times.  The Library Fund of the Eastern District of Arkansas will reimburse all jurors, lawyers, the defendant, the case agents, the paralegals, and the witnesses for any expense incurred for this PCR test or for any future rapid test or PCR test necessitated by the trial. Reimbursement shall be made by the Clerk of Court upon request accompanied by documentation of the expense.  No Court employee or Judge will be reimbursed for any COVID-19 test expense pursuant to this Order because the Library Fund may not be used to benefit court

employees or judges personally.  The Court also directs the Clerk to place a copy of this Order in the Library Fund file maintained by the Clerk.

    So Ordered.

                                */s/ D.P. Marshall Jr.*
                                D.P. Marshall Jr.
                                United States District Judge

                                30 July 2021