IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                        No. 4:19-cr-31-DPM

GILBERT R. BAKER                                              DEFENDANT

## ORDER

PCR test results for trial participants continue to come in. So far, everyone has tested negative. The Court will reconvene at 8:15 a.m. on Tuesday, 3 August 2021. We will have a more complete picture by then, and, with counsel's help, the Court will decide how we will proceed. All jurors should report by 8:15 a.m. on Tuesday.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

2 August 2021