**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**United States of America**                                                                 **Plaintiff**

**v.**                          Case No.: 4:19–cr–00031–DPM

**Gilbert R Baker**                                                                            **Defendant**

## NOTICE OF HEARING

    PLEASE take notice that a Jury Trial has been set in this case for August 11, 2021, at 08:15 AM before Chief Judge D. P. Marshall Jr. in Little Rock Courtroom # 1A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** August 10, 2021                               AT THE DIRECTION OF THE COURT
                                                                                       TAMMY H. DOWNS, CLERK

                                                                                   **By:**  Melanie M. Beard, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas