IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR31-DPM |
| | ) | |
| GILBERT R. BAKER | ) | |

**<u>MOTION FOR LEAVE TO SPEAK WITH JURORS AND ALTERNATES</u>**

The United States of America, by and through its attorney, Michael Gordon, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, for the Eastern District of Arkansas, and Assistant United States Attorneys Julie Peters and Patrick Harris, pursuant to Local Rule 47.1, respectfully requests that the Court permit counsel to contact members of the jury, as well as the alternates, in this case and speak with them if the jurors are willing to do so. The United States defers to the Court on how to best determine which jurors are willing to speak with counsel.

Respectfully submitted,

MICHAEL GORDON
ATTORNEY FOR THE UNITED STATES,
ACTING UNDER AUTHORITY
CONFERRED BY TITLE 28, UNITED
STATES CODE, SECTION 515

JULIE PETERS (AR 2000109)
PATRICK HARRIS (AR 85069)
Assistant U.S. Attorneys
P.O. Box 1229
Little Rock, AR  72203
501-340-2600
Julie.Peters@usdoj.gov
Pat.Harris@usdoj.gov