## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                                  No. 4:19-cr-31-DPM

GILBERT R. BAKER                                              DEFENDANT

### ORDER

**1.** The Court held a trial for Gilbert Baker beginning 23 July 2021. Baker appeared in person and through his attorneys, Blake Hendrix and Annie Depper.  The United States was present in the persons of Julie Peters, Pat Harris, and John Ray White.  The Court seated and swore a twelve-person jury and three alternates.  The evidence concluded on 5 August 2021.  Both parties made closing arguments and the Court instructed the jury on the law on August 6th.

On the afternoon of August 12th, the jury reported that it had reached a unanimous verdict on Count 1 but was hopelessly deadlocked on Counts 2–9 of the Indictment.  The Court therefore declares a mistrial as to Counts 2–9.

**2.** The Court directs the United States to file notice of its intent to retry Counts 2–9, or a motion to dismiss, by 30 August 2021. The period of delay between the declaration of a mistrial and the United States' notice is excluded by the Speedy Trial Act.  18 U.S.C. § 3161(h)(1);

*United States v. Van Someren*, 118 F.3d 1214, 1217 (8th Cir. 1997). A new trial date will be set by separate notice.

**3.** Motion for leave to speak with jurors and alternates, *Doc. 116*, granted with directions. Here's the drill: The lawyers may not initiate contact with jurors or alternates. Instead, if counsel for either party wants willing jurors and alternates to reach out to them, then they must submit their preferred contact information to chambers by 16 August 2021. In its post-trial letter, the Court will include that contact information and notify the jurors and alternates that they may contact the lawyers if they're willing to discuss the case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 August 2021