## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.                                   **No. 4:19-cr-31-DPM**

**GILBERT R. BAKER**                                            **DEFENDANT**

### ORDER

Based on the United States' notice, *Doc. 151*, the Court sets Baker's retrial on Counts 2–9 for 4 October 2021 at 9:30 a.m.  18 U.S.C. § 3161(e).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 August 2021