IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                        No. 4:19-cr-31-DPM

GILBERT R. BAKER                                            DEFENDANT

ORDER

The Court held a status conference on 27 April 2022. For good cause, the Court granted the parties' request to have a sealed hearing. Counsel jointly moved to continue Baker's 17 May 2022 trial. For the reasons stated on the record from the bench, and considering the parties' diligence, the ends of justice are best served by continuing the retrial for several months. And this interest outweighs both Baker's and the public's interest in a speedy trial. The Court therefore grants the oral motion and reschedules the trial for 7 November 2022 at 9:30 a.m. The pretrial deadlines are canceled and will be reset. The period of delay caused by granting this continuance is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 April 2022