IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                           No. 4:19-cr-31-DPM

GILBERT R. BAKER                                        DEFENDANT

## ORDER

1. For the reasons stated during the 14 October 2022 status conference, the United States' motion to reconsider, *Doc. 173*, is granted in part.

2. The United States' request for changes to a limiting instruction on alleged campaign finance law violations is granted as modified. The Court will circulate a draft instruction in due course. Baker's motion *in limine* to exclude evidence of the alleged violations, which is embedded in his response, *Doc. 175 at 13-17*, is denied.

3. The United States' request for a jury instruction on evidence of alleged false exculpatory statements is denied.

4. The United States' request for additional voir dire on circumstantial evidence is granted as modified. A draft voir dire incorporating the changes described during the hearing will be circulated before trial.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 October 2022