IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA    )
                            )
v.                          )          No. 4:19CR31 DPM
                            )
GILBERT R. BAKER            )

## MOTION TO DISMISS INDICTMENT

The United States of America, by and through its attorney, Michael Gordon, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, for the Eastern District of Arkansas, and Assistant United States Attorney Julie Peters, moves the Court to dismiss with prejudice the Indictment in this case.

Respectfully submitted,

MICHAEL GORDON
ATTORNEY FOR THE UNITED STATES,
ACTING UNDER AUTHORITY
CONFERRED BY TITLE 28, UNITED
STATES CODE, SECTION 515

JULIE PETERS
AR Bar No. 2000109
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR  72203
501-340-2600
Julie.Peters@usdoj.gov