IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:19-cr-31-DPM

GILBERT R. BAKER                                             DEFENDANT

ORDER

Exercising its prosecutorial discretion, the United States moves to dismiss the Indictment rather than re-try this case. The Court has presided over this matter for more than three years. Many hearings and a two-week trial have been held. The trial resulted, after several days of deliberations, in an acquittal on one count and a deadlocked jury on all the other counts. This record presents no indication of any extraordinary circumstance that might justify a further inquiry by the Court or any explanation from the United States. *E.g., United States v. Bernard*, 42 F.4th 905, 908-09 (8th Cir. 2022). The presumption of regularity that attends all the United States' decisions about pursuing and dropping charges applies with full force in this complicated case. The motion, *Doc. 181*, is granted. The Indictment against Gilbert Baker is dismissed with prejudice. FED. R. CRIM. P. 48(a). All pending motions are denied as moot.

- 2 -

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 October 2022