### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    No. 4:19-cr-31-DPM

GILBERT R. BAKER                                    DEFENDANT

### JUDGMENT

At trial, the Jury found Baker not guilty as to count one of the Indictment.  The Court declared a mistrial as to counts two through nine.  The Court later granted the government's motion to dismiss those counts with prejudice.

On count one, Baker is acquitted and discharged.  All counts of the Indictment against Baker are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 October 2022